UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RALPH DAVID SMITH                                    CIVIL ACTION

VERSUS                                               NUMBER: 13-4800

CAROLYN W. COLVIN, ACTING                            SECTION: "N"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 12, 2015 (Rec. Doc. No. 17), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied and that Defendant's motion for summary judgment is granted.

New Orleans, Louisiana, this 21st day of January, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE